CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PENINSULA ENTERPRISE SPA,                           :
                                                    :
                                                    :
                               Plaintiff,           :        **08-CV-3537**
                                                    :
                    v.                              :        **NOTICE OF**
                                                    :        **APPEARANCE**
LMJ INTERNATIONAL LTD. a/k/a LMJ                    :
INTERNATIONAL LIMITED or LMJ                        :
INTERNATIONAL,                                       :
                                                    :
                               Defendants.          :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
      May 5, 2008

                          CLARK, ATCHESON & REISERT
                          Attorneys for Garnishee
                          Societe Generale New York Branch

By:                      _____
                          Richard J. Reisert (RR-7118)
                          7800 River Road
                          North Bergen, NJ 07047
                          Tel: (201) 537-1200
                          Fax: (201) 537-1201
                          Email: reisert@navlaw.com