```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                           :
PENINSULA ENTERPRISE S.P.A.,               :
                                           :
                    Plaintiff,             :
                                           :     08 Cv. 3537 (BSJ)
         v.                                :
                                           :
                                           :     Order
LMJ INTERNATIONAL LTD., et al.,            :
                                           :
                    Defendant.             :
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/09

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

The Court has received and reviewed Plaintiff's letters dated March 19, 2009 and March 27, 2009; intervenor Navigator Navigation S.A.'s letters dated March 13, 2009, March 20, 2009, and March 30, 2009; United India Insurance Co.'s letter dated March 26, 2009; Sifandros Carrier's letter dated March 27, 2009; and Barclays Bank's letter dated March 31, 2009.

In order to address the issues and disputes raised by this correspondence, the Court directs each of the above-mentioned parties and non-parties to appear for a conference on Wednesday, April 8, at 4:00 PM, at 500 Pearl St., Courtroom 17C. In the meantime, the Court directs Barclays Bank to refrain from transmitting the $63,182.23 at issue to Plaintiff.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:     New York, New York
           April 2, 2009